IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAMMY LEWIS, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-1514 |
| | § | |
| EXPERIAN INFORMATION SOLUTIONS | § | |
| AND WESTER FUNDING, INC. | § | |
| | § | |
| Defendant | § | |

**OPINION AND ORDER**

Pending before the Court is a notice of automatic stay, stating that Defendant Western Funding Incorporated ("Western") is in bankruptcy in the United States Bankruptcy Court, District of Nevada, Case No. 13-17588-led, filed by Plaintiff Sammy Lewis (instrument #9).

Title 11 U.S.C. § 362 "provides that the filing of a bankruptcy petition operates as a stay of the 'commencement or continuation' of all non-bankruptcy judicial proceedings against the debtor. The stay is automatic and 'springs into being immediately upon the filing of a bankruptcy petition'" in a voluntary bankruptcy case. *Chapman v. Bituminous Ins. Co. (In re Coho Res., Inc.)*, 345 F.3d 338, 343-44 (5th Cir. 2003). The Court

ORDERS that all claims against Western are hereby STAYED. The Court further

ORDERED that Plaintiff shall inform the Court within two weeks from entry of this Opinion and Order whether he wishes currently to pursue his claims against Experian Information Solutions or have the Court stay and administratively close this

-1-

case until the stay has been lifted or the bankruptcy resolved.

   **SIGNED** at Houston, Texas, this 20th day of September, 2013.

               */s/ Melinda Harmon*
                MELINDA HARMON
              UNITED STATES DISTRICT JUDGE